IN RE Vincent ILLUZZI, Jr., No. 64-80

February 28, 1980. The Professional Conduct Board having adopted the findings of its hearing panel, which establish that the respondent did violate the Code of Professional Responsibility, in particular Disciplinary Rules 1-102(A) (4) and (5) providing that a lawyer shall not engage in conduct involving dishonesty or deceit or engage in conduct prejudicial to the administration of justice;

And said Board having made its recommendation to the Supreme Court that a public reprimand be administered under Professional Conduct Rule 3(3), 12 V.S.A. App. VIII, A.O. 9;

And this Court having approved of such disposition on February 5, 1980;

And the respondent having made no request for a formal proceeding to be instituted against him as pro-

vided in Professional Conduct Rule 7(d), 12 V.S.A. App. VIII, A.O. 9;

Now, therefore, be it remembered that the Vermont Supreme Court in open court, at a session held in Montpelier, Vermont, on February 28, 1980, did publicly reprimand the aforesaid respondent, Vincent Illuzzi, Jr., of Newport, Vermont, and such reprimand shall be a part of his professional file.